IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT DALE ANDREWS and<br>PATTI ANDREWS,<br><br>    Plaintiffs,<br><br>v.<br><br>HICKMAN COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 1:09-cv-0056<br>Judge Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Partial Motion for Summary Judgment (Docket No. 76) is **DENIED**.

It is so **ORDERED**.

Enter this 20th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge