# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ROBERT DALE ANDREWS and PATTI ANDREWS, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| VS. | ) CASE #: 1:09-0056 <br> ) |
| PAUL WADE, | ) <br> ) <br> ) |
| Defendant. | ) |

○ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed February 19, 2014. (Docket No. 108).

The jury found by a preponderance of the evidence that defendant Paul Wade did enter the home of plaintiffs Robert Dale Andrews and Patti Andrews, but that one of the plaintiffs gave consent to defendant Paul Wade to enter their home without a warrant.  Therefore the jury found there was no violation of plaintiffs' constitutional rights.

IT IS ORDERED AND ADJUDGED.

KEITH THROCKMORTON, CLERK

DATE: 2/21/2014

*/s/ Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK